ACCEPTED
07-15-00126-cv
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
4/13/2015 1:44:02 PM
Vivian Long, Clerk



# KELLY  HART

MARY H. SMITH
*mary.smith@kellyhart.com*

TELEPHONE: 817.878.9388
FAX: 817.878.9788

April 13, 2015

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

4/13/2015 1:44:02 PM

VIVIAN LONG
CLERK

**<u>Via Electronic Filing:</u>**

Ms. Vivian Long
Clerk, Seventh Court of Appeals
P.O. Box 9540
Amarillo, Texas 79105

Re: No. 07-15-00126-CV; *Matthew Eugene Devine v. Vicki Dianne Devine*

Dear Ms. Long:

Enclosed please find the *Order Denying Petitioner's Motion to Set Amount and Type of Security for Supersedeas* as referenced in Appellant's *Emergency Motion for Review of Trial Court Ruling Pursuant to Rule 24.4* filed on April 9, 2015 in the above-referenced matter.

Thank you for your attention in this matter. Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

*/s/ Mary H. Smith*

Mary H. Smith

MHS/srb
Enclosure:

cc: James V. Jay, IV
jimj@lawgjm.com
Thomas M. Michel
thomasm@lawgjm.com
Robley E. Sicard
robleys@lawgjm.com
*Counsel for Appellee*

**FORT WORTH OFFICE** | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280
AUSTIN OFFICE | 301 CONGRESS, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401
MIDLAND OFFICE | 508 W. WALL, SUITE 444 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518
NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813
*Kelly Hart & Hallman, a Limited Liability Partnership | www.kellyhart.com*

## CAUSE NO. 324-552104-14

| | | |
|---|---|---|
| MATTHEW EUGENE DEVINE | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 324TH JUDICIAL DISTRICT |
| | § | |
| VICKI DIANNE DEVINE | § | TARRANT COUNTY, TEXAS |

### ORDER DENYING PETITIONER'S MOTION TO SET AMOUNT AND TYPE OF SECURITY FOR SUPERSEDEAS

On March 26, 2015, came on for consideration Petitioner's Motion to Set Amount and Type of Security for Supersedeas. The Court, having considered the motion, the response, and the argument of counsel, is of the opinion that the motion should be and is hereby DENIED.

IT IS THEREFORE ordered that Petitioner's Motion to Set Amount and Type of Security for Supersedeas is hereby DENIED.

SIGNED this ___7__ day of ___April_____, 2015.


_____
JUDGE PRESIDING

COURT'S MINUTES
TRANSACTION # 266